# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

                Plaintiff(s),                 Case Number: 06-20099-1

v.                 Honorable Robert H. Cleland

LARRY BOATWRIGHT,                 Magistrate Judge Diane K. Vescovo

                Defendant(s),
_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Diane K. Vescovo for the following purpose(s):

■ **JURY SELECTION**

                s/Robert H. Cleland
                ROBERT H. CLELAND
                UNITED STATES DISTRICT JUDGE

Dated: August 20, 2012

## CERTIFICATE OF MAILING

I certify that a copy of this order was served upon ALL COUNSEL OF RECORD on the above date by electronic/ordinary mail.

                S/Lisa Wagner
                Deputy Clerk