**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:06cr20099-RHC |
| | ) | |
| **LARRY BOATWRIGHT,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DIRECTING CLERK'S OFFICE TO PAY FOR LUNCHES**

The clerk's office is directed to pay for lunches, and other allowed expenses for all of the jurors on the above styled case, from October 1, 2012, until they are dismissed.

**SO ORDERED THIS 31st DAY OF August, 2012.**

   S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: August 31, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 31, 2012, by electronic and/or ordinary mail.

   S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522